Opinion issued April 30, 2007











 




In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00331-CV






IN RE KIMBERLY TAYLOR, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator Kimberly Taylor filed a petition for a writ of mandamus asking this
court to direct respondent (1) to vacate his order of April 19, 2007, compelling relator
to provide information concerning relator's location and that of the children's
daycare, and to appear at a show cause hearing.

 We deny the petition for a writ of mandamus. 

PER CURIAM

 Panel consists of Justices Taft, Keyes, and Higley.



 

1. 
 
 
 --